# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                              **Crim. No. 2:16-CR-29-1H**

**DEANA HONEYCUTT**

On October 30, 2015, the above-named defendant, who was originally sentenced in the Southern District of Florida, was released from prison and commenced a 5-year term of supervised release in the Eastern District of North Carolina. Jurisdiction of the case was transferred to the Eastern District of North Carolina on December 6, 2016. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Lakesha H. Wright
Lakesha H. Wright
U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5508
Executed On: September 12, 2019

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _1st_ day of _October_, 2019.

Malcolm J. Howard
Senior U.S. District Judge